**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-7740**

---

CHARLES W. WITT,

       Plaintiff - Appellant,

    v.

DR. CHAUNDRY, Director Medical; RYAN ERWIN, Security Officer; OFFICER ABDUSSLOAM, Security Officer,

       Defendants – Appellees,

    and

STEPHEN M. HERRICK, Acting Director V.C.B.R.; CHAD HOUSER, Director of Security; DUNCAN BENTON, Transportation Security Officer,

       Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:10-cv-01164-LO-IDD)

---

Submitted: March 29, 2012      Decided: April 3, 2012

---

Before WILKINSON, KING, and KEENAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles W. Witt, Appellant Pro Se. Rosalie Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia; Rachel Joan Baer, Allyson Kurzmann Tysinger, OFFICE OF THE ATTORNEY GENERAL OF

VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Witt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint and granting summary judgment to Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Witt v. Chaundry, No. 1:10-cv-01164-LO-IDD (E.D. Va. Dec. 9, 2011). We deny Witt's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED